UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMMAR YOUSSEF HACHICHO,<br><br>Petitioner,<br><br>v.<br><br>KEVIN K. MCALEENAN, ET AL.,<br><br>Respondent. | Case No. EDCV 19-820-VAP (KK)<br><br>ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the original Report and Recommendation to which Petitioner has objected. The Court accepts the final findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action without prejudice.

Dated: October 22, 2019

HONORABLE VIRGINIA A. PHILLIPS
Chief United States District Judge