JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMMAR YOUSSEF HACHICHO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN K. MCALEENAN, ET AL.,<br><br>　　　　　Respondent. | Case No. EDCV 19-820-VAP (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: October 22, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　Chief United States District Judge